_Tillman, James P351466_
Name and Prisoner/Booking Number

**Towers Jail**   _T 2A 01_
Place of Confinement

**3127 W. Gibson Ln**
Mailing Address

**Phoenix, AZ  85009**
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

| FILED | LODGED |
|---|---|
| RECEIVED | COPY |

NOV 3 0 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

_James C. Tillman #P351466_
(Full Name of Plaintiff)            Plaintiff,

vs.

_(1) Mitchell Kulwin #7444_ ,
(Full Name of Defendant)

_(2) Mykel Moller #7717_ ,

_(3) Phoenix, Police Dept._

_(4) _____ ,
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. _CV 07-2430 -PHX -DGC - MEA_
(To be supplied by the Clerk)

### CIVIL RIGHTS COMPLAINT
### BY A PRISONER       _Jury Trial_
                              _Demanded_

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: _Phoenix, Arizona_

Revised 3/9/07                                    1

550/555

E-FILED          SCANNED

**B. DEFENDANTS**

1. Name of first Defendant: _Mitchell Kulwin #7444_. The first Defendant is employed as:
_Phoenix Police officer._ at _Phoenix Police Department_
(Position and Title) (Institution)

2. Name of second Defendant: _MyKel Moller # 7717_. The second Defendant is employed as:
_Phoenix Police officer_ at _Phoenix police Department._
(Position and Title) (Institution)

3. Name of third Defendant: _Phoenix Police Dept._. The third Defendant is employed as:
_Phoenix Police Dept._ at _Phoenix Police Dept._
(Position and Title) (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____ at _____
(Position and Title) (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

**C. PREVIOUS LAWSUITS**

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
     1. Parties: _____ v. _____
     2. Court and case number: _____
     3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
     1. Parties: _____ v. _____
     2. Court and case number: _____
     3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
     1. Parties: _____ v. _____
     2. Court and case number: _____
     3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1.   State the constitutional or other federal civil right that was violated: **Threat to my Safety.**

2.   **Count I. Identify the issue involved. Check only one. State additional issues in separate counts.**
☐ Basic necessities   ☐ Mail   ☐ Access to the court   ☐ Medical care
☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
☐ Excessive force by an officer   ☑ Threat to safety   ☐ Other: _____

3.   **Supporting Facts. State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.**

Officers Moller #7717 And Kulwin #7444 wrote in A Police report, I James C. Tillman named Alleged Drug dealers in their report, And that I supposed to have told them when the so-called drugs are sold, And where.
    These statements are not truth, And because they have written such things. This defames me and it is all over the city now that I am a snitch, and that there is A contract on my head now, I never snitched on any one, And I never said names of anyone. But because these officers has lied in their report, I am about to be killed at any time. This is a Threat to my safety.

4.   **Injury. State how you were injured by the actions or inactions of the Defendant(s).**
I am Defamed, And suffer from mental stress, mental fear, I hear voices now, I see things in people that are not there, and I live in complete total fear always.

5.   **Administrative Remedies:**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☑ No
   b.   Did you submit a request for administrative relief on Count I?   ☐ Yes   ☑ No
   c.   Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☑ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Because this is Phoenix Police Department The only remedy is civil case.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: _____
_____

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count II?     ☐ Yes    ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?     ☐ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

4

## COUNT III

1.   State the constitutional or other federal civil right that was violated: _____
_____

2.   **Count III. Identify the issue involved. Check only one. State additional issues in separate counts.**
- ☐ Basic necessities
- ☐ Mail
- ☐ Access to the court
- ☐ Medical care
- ☐ Disciplinary proceedings
- ☐ Property
- ☐ Exercise of religion
- ☐ Retaliation
- ☐ Excessive force by an officer
- ☐ Threat to safety
- ☐ Other: _____.

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.   **Administrative Remedies.**
- a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☐ No
- b.   Did you submit a request for administrative relief on Count III?   ☐ Yes   ☐ No
- c.   Did you appeal your request for relief on Count III to the highest level?   ☐ Yes   ☐ No
- d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: I James c. Tillman seek For the Court to order the Phoenix Police Dept. to Pay $10,000,000 to me James c. Tillman rightnow. I seek $3,000,000 Each, from officers Kulwin # 7444, And Moller # 7717. As well as A video tape and in writing I never said any of what they wrote in their report, And that it be Posted in the city of Pheonix's News papers for 30 days. And they be prosecuted As Criminals.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __Nov. 22, 2007__
           DATE

James C. Tillman
SIGNATURE OF PLAINTIFF

James C. Tillman
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

Tillman, James P351466
<u>Name and Prisoner/Booking Number</u>

Towers Jail    T 2A 01
<u>Place of Confinement</u>

3127 W. Gibson Ln
<u>Mailing Address</u>

Phoenix, AZ  85009
<u>City, State, Zip Code</u>

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

James C. Tillman # P351466,  ) CASE NO. _____
                  Plaintiff,  )
                              )
                              )        APPLICATION TO PROCEED
           vs.                )        *IN FORMA PAUPERIS*
Mitchell Kulwin # 7444        )        BY A PRISONER
Mykel Moller # 7919           )        CIVIL (NON-HABEAS)
              Defendant(s).   )
Phoenix Police Dept.          )
                              )

I, James C. Tillman _____, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained?
   ☐ Yes  ☑ No   If "Yes," how many have you filed? _____.
   Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?   ☐ Yes   ☑ No   If "Yes," how many of them? _____.

2. Are you currently employed at the institution where you are confined?      ☐ Yes   ☑ No
   If "Yes," state the amount of your pay and where you work. _____
   _____

3. Do you receive any other payments from the institution where you are confined?   ☐ Yes   ☑ No
   If "Yes," state the source and amount of the payments. _____
   _____

4. Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?  ☐ Yes  ☒ No

   If "Yes," state the sources and amounts of the income, savings, or assets. _____

   _____

I declare under penalty of perjury that the above information is true and correct.

**11-22-07**
DATE

*James C. Tillman*
SIGNATURE OF APPLICANT

---

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT
### # P351466

I, **James C. Tillman**, hereby consent to having the designated correctional officials at this institution release to the Court my trust account information. I further consent to having the designated correctional officials at this institution withdraw from my trust account the funds required to comply with the order of this Court for the payment of filing fees in accordance with 28 U.S.C. § 1915(b).

My consent includes withdrawal from my account by correctional officials of partial initial payments to this Court equal to 20% of the greater of:

    (A) the average monthly deposits to my account for the six-month period preceding my filing of this action, or

    (B) the average monthly balance in my account for the six-month period preceding my filing of this action.

My consent also includes monthly withdrawals from my account by correctional officials of an amount equal to 20% of each month's income. Whenever the amount in my account reaches $10.00, correctional officials will withdraw that amount and forward it to the Court until the required filing fee is paid in full. I understand that I am liable for paying the entire fee, even if my case is dismissed by the Court before the fee is fully paid.

**11-22-07**
DATE

*James C. Tillman*
SIGNATURE OF APPLICANT

---

## CERTIFICATE OF CORRECTIONAL OFFICIAL
## AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

Tillman, James
P351466

I, **Renee Springer**, certify that as of the date applicant signed this application:
(Printed name of official)

The applicant's trust account balance at this institution is: $ .29

The applicant's average monthly deposits during the prior six months is: $ 0

The applicant's average monthly balance during the prior six months is: $ 0

The attached certified account statement accurately reflects the status of the applicant's account.

**11-28-07**
DATE

*Renee Springer*
AUTHORIZED SIGNATURE

**BO907**
TITLE/ID NUMBER

**ILS LBJ**
INSTITUTION

```
· 11/28/07                    Inmate Account Statement                    Page: 1
  11:36:57
================================================================================

Booking Number: P351466        Name: TILLMAN, JAMES CHARLES

    Acct Number: P351466R      Type: REG - Regular Account
                             Status: OPN - Account Open

.....Transaction......                                                      Acct
  Date      Time   Type Description                 Amount      Balance      Sts
--------------------------------------------------------------------------------
10/26/07  13:03:50  I  Init. Funds Dep              $6.09        $6.09      OPN
10/31/07  08:44:38  S  Canteen Sale                -$5.80        $0.29      OPN
                                                 ------------
                       Ending Balance:              $0.29

*** NOTE:  Funds available for self bond ==>==>==>==>==>==>==>           $0.29
    (Ending Balance) << OR >> 0


================================================================================
```

I hereby accept the above as an accurate statement of all transactions involving
my inmate account(s) while in custody of the Maricopa County Sheriff's Office.


    Inmate Signature:_____  Date:_____

```
=============  * * *  E N D   O F   S T A T E M E N T  * * *  =============
```

## MARICOPA COUNTY SHERIFF'S OFFICE
## JOSEPH M. ARPAIO SHERIFF

# C E R T I F I C A T I O N

I hereby certify that on this date November 28, 2007

I ____ filed ___√___ mailed the original and one (1) copy to the Clerk of the

___√___ United States District Court, District of Arizona.

_____ Hon _____United States District Court, District of Arizona.

_____ Hon _____United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

_____ Attorney General, State of Arizona.

_____ Judge, _____, Superior Court, Maricopa County, State of Arizona.

_____ County Attorney, Maricopa County, State of Arizona,

_____ Public Defender, Maricopa County, State of Arizona.

_____ Attorney, _____

_____ _____

**INMATE LEGAL/SERVICES**
**Maricopa County Sheriff's Office**
**201 S. 4th Avenue**
**Phoenix, AZ 85003**

Cert6/10/04